UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-cr-00093 (APM) |
| v. : | |
| : | |
| DA'JON MALLOY, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Emily Reeder-Ricchetti, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By: /s/ *Emily Reeder-Ricchetti*
Emily Reeder-Ricchetti
Special Assistant United States Attorney
DC Bar No. 252710
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-834-0553
Emily.Reeder-Ricchetti2@usdoj.gov